UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DISTRICT COUNCIL OF NEW YORK CITY
AND VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA,

        Petitioner,

- against -

HOMERIC CONTRACTING CO. INC.,

        Respondent.

24-cv-7273 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The original time for the respondent in this action to respond to the petition to confirm the arbitration award was October 28, 2024. See ECF No. 5. On October 30, 2024, this Court extended the time for the respondent to respond to November 28, 2024. See ECF No. 10. Pursuant to the October 30, 2024 Order, the petitioner has filed proof that the Order extending the time to respond was mailed to the respondent. See ECF No. 11. To date, no response has been filed. Accordingly, the petitioner is directed to file a proposed order to show cause for a default judgment in accordance with the Local Rules and this Court's Individual Practices by **December 18, 2024.**

SO ORDERED.

Dated:    New York, New York
           December 4, 2024

                                    John G. Koeltl
                                United States District Judge